## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **HEEJUN SHIN,** | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. |
| | § | |
| **SAMSUNG ELECTRONICS.** | § | |
| **AMERICA, INC,** | § | |
| Defendant: | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

### I. Parties

1.01.   Plaintiff HEEJUN SHIN ("SHIN") is an individual who resides in Collin County, Texas.

1.02.   SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG") is a corporation under the laws of the state of Texas and may be served with process by serving its registered agent for service of process, C.T. Corporation System, at 1999 Bryan St. Ste 900, Dallas, TX 75201-3136.

### II. Jurisdiction

2.01.   The Court has jurisdiction over the lawsuit pursuant to 28 U.S.C. § 1331, as the action arises under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e *et seq* and the ADEA.

### III. Venue

3.01.  Venue is proper in the Northern District of Texas, DALLAS Division, pursuant to 28 U.S.C. § 1391(c) as Samsung is subject to personal jurisdiction in the Dallas Division of the Northern District of Texas.

### IV. Factual Background

4.01.  Shin began working for Samsung in October, 2007.  Shin was  a Senior Director in the Mobile Production Center and was qualified to perform the duties of a Senior Director.

4.02.  Shin, a Korean male age 55, was one of the oldest employees in his department.

4.03.  Shin consistently received high performance evaluations, including annual bonuses exceeding $150,000.00..

4.04.  In November, 2015, an Apple Macbook was transferred to Shin after being used by another employee for testing. Shin used the device to check connectivity whenever a new product was released.

4.05.  It was common practice to test new devices from different locations.  Employees would test devices at their home and the Samsung facility.

4.06.  Shin used the Apple Macbook until 2023 when it was returned to Samsung.

4.07.  In 2023, Samsung underwent a restructuring process which included an audit of the facility where Shin worked.

4.08.  Samsung is the parent company of Samsung Electronics America, Inc., and exercises

control over its subsidiaries. The audit team was sent to the facility by Samsung Headquarters that is based in Korea. Age based terminations are common practice in Korea and the average retirement age is 50.

4.09.   The audit lasted approximately four months, from August, 2023 to January, 2024.

4.10.   The audit team confiscated Shin's laptop and cell phone. They performed a forensic analysis on both devices. The analysis included searches of Shin's personal email, personal social media accounts and personal text messages. The search found a text message from Shin's daughter asking Shin to bring the Macbook home. The text was sent late in 2018 or early 2019.

4.11.   Shin was summoned by the auditors, who insisted Shin provide a written statement confirming whether or not Shin had taken the laptop home. The incident was alleged to have occurred more than five years prior to the audit. Shin could not recall if he had taken the device home, but was coerced into providing a statement saying he had taken the device home. The audit team then alleged Shin used the device for personal reasons. Shin was not given an explanation how the audit team determined the device was used for personal reasons.

4.12.   On August 2, 2024, Shin was terminated for an alleged violation of company policy regarding the proper use of company devices, that may or may not have happened approximately five years prior to termination.

4.13.   An Operation Support Team Lead, Sung Choi, a Korean male age 48, admitted to

giving company issued test phones and accessories to personal friends without authorization. Choi violated the same policy Samsung accused Shin of violating. Choi was not terminated.

4.14.   Samsung terminated three other long term employees during the same time period. Shin and the three long time employees were all from Korea.  Three of the four employees terminated were over 50.  Jangbin Kim a Korean male age 50, Dongsik Son, a Korean male age 53 and Shin a Korean male age 55.  David Jung a Korean male age 43 was the fourth.

4.15.   Samsung terminated these employees because of their country of national origin, and age.  The average age of retirement in Korea is 50; these employees were all from Korea and all within the Korean age of retirement.  In Korea it is common practice to terminate employees due to age.

4.16.   Samsung's senior management and long term employees are eligible for a significant amount of bonuses each year. Shin collected over $150,000.00 in bonuses each year. Shin was terminated August 2, 2024, shortly before the August bonus payment, which excluded Shin from collecting the 2024 target bonus of approximately $84,000.00 .

4.17   Around September 30, 2024, there was a company wide lay off.  The employees who were laid off were given a severance package which included two weeks severance for every year employed by Samsung

4.18.   Had Shin been a part of the lay off Shin would have been eligible for the severance

package. Shin was employed by Samsung for seventeen years prior to his termination, which equates to thirty four weeks of severance. Shin's severance would have been approximately $176,000.00.

4.19. The designation of 'termination with cause" prevented Shin from pursuing certain job openings. The roles specifically required applicants to confirm the reason for termination was ""laid off", a condition Shin could not truthfully meet.

4.20. Samsung terminated Shin due to his age, 55 and country of national origin Korea. Samsung knew the designation of "terminated with cause" could cause issues when Shin applied for certain job openings.

## V. Exhaustion of Administrative Procedures

5.01. Shin has timely filed with the Equal Employment Opportunity Commission ("EEOC") a charge of discrimination against Samsung. Shin received a Notice of Right to Sue from the EEOC within 90 days of the filing of this Complaint. A true and correct copy of the Notice of Right to Sue and charge of discrimination are attached collectively as Exhibit "A" and incorporated herein.

## VI. Title VII

6.01. Shin, a Korean male, is a member of a protected class under Title VII.

6.02. Samsung is an employer who is covered by Title VII.

6.03. Shin was terminated due to his country of national origin in violation of Title VII.

6.04. Samsung's acts of discrimination were performed with malice and reckless disregard

for Shin's protected civil rights.

## VII. ADEA

7.01.  Shin, age 55, is a member of a protected class under the ADEA.

7.02.  Samsung is an employer who is covered by the ADEA

7.03.  Shin was terminated due his age in violation of ADEA.

7.04.  Samsung's acts of discrimination were performed with malice and reckless disregard

for Shin's protected civil rights.

## VIII. Breach of Contract

8.01    Shin earned the bonus of $84,000.00 and Samsung breached the employment

agreement by failing to pay such amount.

## IX. Damages

9.01.  Shin has suffered the following injuries as a direct and proximate result of Samsung's

conduct:

a.  loss of past wages;

b. loss of future wages;

c. loss of benefits; and

d. emotional distress and mental anguish.

## X. Attorney Fees

10.01. Shin is entitled to an award for attorney fees and costs under the ADEA and Title VII.

## XI. Demand for Jury

11.01. Shin requests a trial by jury for all issues so triable.

## XII. Prayer

12.01.   PREMISES CONSIDERED, Plaintiff respectfully requests judgment against Defendant for:

   a.  Back pay in an amount in excess of the jurisdictional limits;

   b.  Front pay in an amount in excess of the jurisdictional limits;

   c.  Compensatory damages for mental anguish, emotional distress, inconvenience, past pecuniary losses and loss of enjoyment of life;

   d.  Compensation for lost benefits;

   e.  Punitive damages due to Defendant's intentional conduct;

   f.  Attorney's fees incurred herein and in any proceeding before the Unites States Court of Appeals for the Fifth Circuit and the United States Supreme Court;

   g.  Costs of court;

   h.  Pre-judgment and post-judgment interest on the above amounts;

   i.  All other legal and equitable relief to which Plaintiff may show himself justly entitled.

Respectfully submitted,
**Law Offices of Christian Jenkins, P.C.**

/s/ Christian Jenkins
Christian Jenkins
State Bar No.: 10625500
Old Town Office Plaza
1307-A W. Abram Street, Suite 200
Arlington, Texas   76013

jenkins5@aol.com
817.461.4222
817.461.5199 – Facsimile
Attorney for Plaintiff

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/02/2025

**To:** Mr. HEEJUN SHIN
3041 BATES DRIVE
PROSPER, TX 75078
Charge No: 450-2024-11756

EEOC Representative and email:    SHEMELL PERRY
Enforcement Supervisor
shemell.perry@eeoc.gov



### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2024-11756.

On behalf of the Commission,

**Shemell D. Perry**    Digitally signed by Shemell D. Perry
Date: 2025.07.02 12:09:37 -05'00'

For Travis Nicholson
District Director



EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 450-2024-11756 |
| Texas Workforce Commission Civil Rights Division | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mr. HEEJUN SHIN

Home Phone:     469-215-0676

Year of Birth:     1968

Street Address:     3041 BATES DRIVE

PROSPER, TX 75078

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Samsung Electronics America, Inc.

No. Employees, Members: 501+ Employees

Phone No.:

Street Address:     6625 EXCELLENCE WAY

PLANO, TX 75023

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Age, National Origin

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/02/2024

Latest: 08/02/2024

---

THE PARTICULARS ARE:

PERSONAL HARM:

I began my employment with the Respondent in or around October 2007.

On or around August 2, 2024, the Respondent terminated my employment after a division-wide audit, claiming that I had violated a company policy regarding the proper use of company devices. I did not commit this violation, and my employer was ultimately unable to prove their claim. Despite this, the Respondent went forward with my termination after months of aggressive audit interrogations. At the conclusion of the audit, only a couple of employees who were determined to be of advanced age were terminated. In addition, the only employees that were terminated by the audit were those that were ethnically and culturally Korean. Prior to this event, I had worked at the company for 17 years and had received excellent yearly performance reviews. The abrupt audit and termination were triggered by a team that was sent by Respondents parent company (Samsung Electronics Co. based in S. Korea), where such age-based terminations are common practice and widely accepted.

RESPONDENTS REASON FOR ADVERSE ACTION:

EEOC Form 5 (07/24)

I was informed that I was being terminated due to violating company policy, which I dispute.

DISCRIMINATION STATEMENT:

I believe that I have been discriminated against because of my age, 55, in violation of the Age Discrimination in Employment Act of 1967, as amended, and because of my national origin (Korean), in violation of the Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Mr. HEEJUN SHIN

11/14/2024

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant

Subscribed and sworn to before me this date: _____